**No. 43719.**—Protest 9483–K of L. Greenberg & Son, Inc. (New York).

Opinion by TILSON, J.   It was stipulated that the merchandise consists of opera glasses similar to those involved in *Woolworth* v. *United States* (2 Cust. Ct. 1, C. D. 74).   The claim at 35 percent under paragraph 228 (b) and the French Trade Agreement was therefore sustained.

### BEFORE THE SECOND DIVISION, MAY 15, 1940

**No. 43720.**—Protests 12532–K, etc., of P. J. Frawley et al. (Los Angeles).

Opinion by KINCHELOE, J.   It was stipulated that the merchandise consists of cocoa fiber mats similar to those passed upon in *Kohlberg* v. *United States* (2 Cust. Ct. 84, C. D. 93).   The claim at 90 percent under paragraph 1529 (a) was therefore sustained.

**No. 43721.**—Protests 10324–K, etc., of Geo. S. Bush & Co., Inc., et al. (Portland, Oreg.).

Opinion by KINCHELOE, J.   It was stipulated that the merchandise consists of cocoa fiber mats similar to those passed upon in *Kohlberg* v. *United States* (2 Cust. Ct. 84, C. D. 93).   The claim at 90 percent under paragraph 1529 (a) was therefore sustained.

**No. 43722.**—Protests 731410–G, etc., of American Import Co. et al. (Los Angeles).

Opinion by KINCHELOE, J.   On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.